IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 17-21704-CMB |
| | ) | |
| Kevin G. Mickens | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc. No.: |
| Kevin G. Mickens | ) | |
|     Movant | ) | Related to Doc. No.: |
| | ) | |
| v. | ) | |
| | ) | |
| PNC Bank | ) | |
|     Respondent | ) | |

**CERTIFICATE OF SERVICE OF AMENDED INTERIM MODIFICATION ORDER**

    I certify under penalty of perjury that I served the **Amended Interim Mortgage Modification Order dated July 16, 2019** on the parties at the addresses specified below or on the attached list on July 18, 2019.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  ELECTRONIC NOTIFICATION AND FIRST-CLASS MAIL

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Service by Electronic Mail:**

Office of the United States Trustee
cmecf@chapter13trusteewdpa.com

Ronda J. Winnecour, Trustee
ustpregion03.pi.ecf@usdoj.gov,  lmp@chapter13trusteewdpa.com

Kevin S. Frankel, Esquire c/o PHH Mortgage Corporation
pabk@logs.com

**Service by U.S. First Class Mail:**

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Kevin S. Frankel, Esquire c/o PHH Mortgage Corporation
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406

Kevin G. Mickens
219 North Winebiddle Street
Pittsburgh, PA 15224

**Date**: July 18, 2019                                /s/ Albert G. Reese, Jr., Esquire
                                                      Albert G. Reese, Jr., Esquire
                                                      Attorney for Movant/Applicant
                                                      PA ID #93813
                                                      640 Rodi Road, FL.2, Suite 2
                                                      Pittsburgh, PA 15235
                                                      (412) 241-1697(p)
                                                      (412) 241-1687(f)
                                                      areese8897@aol.com