IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 17-21704-CMB |
| | ) | |
| Kevin G. Mickens | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Doc. No.: |
| Kevin G. Mickens | ) | |
| Movant | ) | Hearing Date: February 19, 2020 |
| | ) | @ 11:00 A.M. |
| v. | ) | |
| PHH Mortgage Corporation | ) | |
| Respondent | ) | |

**Certificate of No Objection Regarding Motion to Approve Loan Modification**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Approval of Loan Modification filed on December 23, 2019, (Docket No. 130) and Certificate of Service filed and served on December 23, 2019, (Docket No. 130) has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or, other responsive pleading to the Application for Approval of Loan Modification (Docket No. 130) and Certificate of Service (Docket No. 130) appears thereon. Pursuant to the response date, any responses, or objections were to be filed no later than January 9, 2020.

Respectfully Submitted:

**Dated: January 9, 2020**

**/s/Albert G. Reese, Jr., Esq.**
Albert G. Reese, Jr., Attorney for Debtor
PA I.D.93813
Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd FL., Suite 2
Pittsburgh, PA 15235
412-241-1697(p)
412-241-1687(f)