# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-21704-CMB |
| | ) | |
| Kevin G. Mickens | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc. No.: |
| Kevin G. Mickens | ) | |
|     Movant | ) | Related to Doc. No.: 126 |
| | ) | |
| v. | ) | Hearing Date & Time |
| | ) | |
| PHH Mortgage Corporation | ) | |
| c/o PNC Bank | ) | |
|     Respondent | ) | |

## ORDER

A *Loss Mitigation Order* dated February 11, 2019, was entered in the above matter at Document No. 103. On December 23, 2019, a **Motion to Extend the Loss Mitigation Period** was filed by Movant, Kevin G. Mickens at Document No. 126.

AND NOW, this 9th day of January, 2020, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* February 18, 2020.

FILED
1/9/20 2:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm          dmr
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kevin G. Mickens  
     Debtor

Case No. 17-21704-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1      Date Rcvd: Jan 09, 2020  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2020.  
db          +Kevin G. Mickens,   219 North Winebiddle Street,    Pittsburgh, PA 15224-2461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2020 at the address(es) listed below:  
           Albert G. Reese, Jr.    on behalf of Debtor Kevin G. Mickens areese8897@aol.com,  
            agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com  
           James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
           Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,  
            cnoroski@grblaw.com  
           Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,  
            cnoroski@grblaw.com  
           Kevin Scott Frankel    on behalf of Creditor    PHH Mortgage Corporation as servicer for PNC Bank,  
            National Association pabk@logs.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
            ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
            Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                                                   TOTAL: 9