IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 17-21704-CMB |
| | ) | |
| Kevin G. Mickens | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Doc. No.: 130 |
| Kevin G. Mickens | ) | |
| Movant | ) | Hearing Date: February 19, 2020 |
| | ) | @ 11:00 A.M. |
| v. | ) | |
| PHH Mortgage Corporation | ) | **ENTERED BY DEFAULT** |
| Respondent | ) | |

## ORDER

AND NOW, on this __17th__ day of __January__, 20_20_ upon consideration of the within Motion for Approval Loan Modification it is hereby Ordered and Directed as follows:

1. The loan modification agreement between the Debtor and Shellpoint Mortgage Servicing is approved.
2. The terms of the modification include the following changes to the mortgage:
   - (a) The maturity date of the loan is August 1, 2059.
   - (b) The new principal balance is $135,411.18.
   - (c) The interest rate shall be 2.0% per annum on the unpaid balance.
   - (d) The Escrow and Insurance payment shall be $601.01 per month.
   - (e) The Principal and Interest payment shall be $407.03.
   - (f) The total monthly payment shall be $1,008.04.
3. The Debtor shall file an Amended Plan within fourteen (14) days of this Order.
4. The Debtor shall file an Amended Schedule J within fourteen (14) days of this Order.
5. The Creditor shall amend the proof of claim within fourteen (14) days of this Order.
6. The Loss Mitigation process is hereby terminated.

BY THE COURT:

FILED
1/17/20 5:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm          dmr
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21704-CMB
Kevin G. Mickens                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: dric              Page 1 of 1              Date Rcvd: Jan 20, 2020
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
db              +Kevin G. Mickens,    219 North Winebiddle Street,    Pittsburgh, PA 15224-2461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
          Albert G. Reese, Jr.    on behalf of Debtor Kevin G. Mickens areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Kevin Scott Frankel    on behalf of Creditor    PHH Mortgage Corporation as servicer for PNC Bank,
           National Association pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 9