IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 17-21704-CMB |
| | ) | |
| Kevin G. Mickens | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc. No.: |
| Kevin G. Mickens | ) | |
|     Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent | ) | |

## Certificate of Service

I, Albert G Reese, Jr., Esquire, declare that I am a resident of or employed in the County of Allegheny, State of Pennsylvania. My address is 640 Rodi Road, 2nd Floor Suite 2, Pittsburgh, PA 15235. I am over the age of eighteen and I am not a party to this case.

On **May 13, 2021**, I served the **Debtor's Amended Plan dated 5/8/2021, Notice of Proposed Modification and Order of Court** upon the U.S. Trustee's Office and all creditors listed below by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

**17-21704-CMB Notice will be electronically mailed to:**

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company
pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Kevin Scott Frankel on behalf of Creditor PHH Mortgage Corporation as servicer for PNC Bank, National Association
pabk@logs.com, logsecf@logs.com

Mario J. Hanyon on behalf of Creditor PHH MORTGAGE CORPORATION
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon on behalf of Creditor PNC BANK NATIONAL ASSOCIATION
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Jeffrey R. Hunt on behalf of Creditor City and School District of Pittsburgh
jhunt@grblaw.com, cnoroski@grblaw.com

Jeffrey R. Hunt on behalf of Creditor Pittsburgh Water & Sewer Authority
jhunt@grblaw.com, cnoroski@grblaw.com

Brian Nicholas on behalf of Creditor PNC BANK NATIONAL ASSOCIATION
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Albert G. Reese, Jr. on behalf of Debtor Kevin G. Mickens
areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**17-21704-CMB Notice will not be electronically mailed to:**

Ronda Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of The United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Allegheny Co Fam Div
414 Grant St
Pittsburgh, PA 15219

Ally Financial
Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438

Dept Of Ed/Aspire Resources Inc
6775 Vista Dr
West Des Moines, IA 50266

Duquesne Light
P.O. Box 67
Pittsburgh, PA 15267

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Ksa Servicing
Po Box 90759
Raleigh, NC 27675

Michael Evans
219 N. Winebiddle Street
Pittsburgh, PA 15224

Mohela/Dept of Ed
633 Spirit Dr
Chesterfield, MO 63005

Mortgage Service Center
Attn: Bankruptcy Dept
Po Box 5452
Mt Laurel, NJ 08054

Novak, Berkowitz, and Rosenberg
532 S. Aiken Avenue, Ste. 520
Pittsburgh, PA 15232

Peoples Gas
375 N. Shore Dr.
Pittsburgh, PA 15212

PNC Bank
c/o PHH Mortgage Services
1 Mortgage Way
Mount Laurel, NJ 08054

Shapiro & DeNardo, LLC
ATTN: Christopher A. DeNardo
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406

US Dept of Education
Attn: Bankruptcy
Po Box 16448
Saint Paul, MN 55116

Verizon Fios
P.O. Box 15124
Albany, NY 12212

  Respectfully submitted by:
**/s/ Albert G. Reese, Jr. Esq.**
Albert G. Reese, Jr., Esquire
PA ID# 93813
Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
(412) 241-1697(p)
(412) 241-1687(f)
areese8897@aol.com
Attorney for Debtor