# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 17-21704-CMB |
| | ) | |
| Kevin G. Mickens | ) | Chapter 13 |
|    Debtor | ) | |
| | ) | Doc. No.: |
| Kevin G. Mickens | ) | |
|    Movant | ) | |
| | ) | |
|    v. | ) | |
| | ) | |
| PNC Bank, National Association and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|    Respondent | ) | |

**DECLARATION**

I, Albert G. Reese Jr., Esquire, attorney for the above-referenced Debtor, hereby submit this formal written Declaration that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt for the following reason:

Pursuant to PNC Bank, National Association's Notice of Mortgage Payment Change dated April 25, 2022, the Debtor's current escrow payment for account number ending in **5606** is **$454.14**. The new escrow payment is **$465.76**. The new total mortgage payment is **$465.76** effective June 1, 2022. The Debtor will make the escrow shortage of **$11.62** in addition to his regular monthly Chapter 13 plan payment.

Dated: **May 15, 2022**

                                                             Respectfully submitted by:
                                                             **/s/ Kevin G. Mickens**
                                                             Kevin G. Mickens

Dated: **May 15, 2022**

                                                            Respectfully submitted by:
                                                           **/s/ Albert G. Reese, Jr., Esquire**
                                                           Albert G. Reese, Jr., Esquire
                                                           Attorney for Debtor
                                                           PA ID #93813
                                                           640 Rodi Road, 2nd Floor, Suite 2
                                                           Pittsburgh, PA 15235
                                                           (412) 241-1697
                                                           (412) 241-1687(fax)
                                                           areese8897@aol.com