| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh) || NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Kevin G. Mickens | Case Number:<br><br>2:2017-bk-21704 | |
| Name of Creditor:<br>   PHH Mortgage Corporation || |
| Name of Current Servicer of account:<br>   PHH Mortgage Services || **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>PHH Mortgage Corporation<br>ATTN Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416<br><br>   Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>   1 Mortgage Way<br>   Mount Laurel, NJ 08054 || **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>PHH Mortgage Services<br>PO Box 24781<br>ATTN: SV 19<br>West Palm Beach, FL 33416<br><br>   Telephone Number: 800-750-2518 || **X** Check this box if you are changing the address that payments will go to. |
| 1.   **Account Number:  5606** || _ Check this box if the account number has changed. |
| 2.   **Court Claim Number: 2** |||
| 3.   **Signature:**<br><br> Check the appropriate box.<br>      I am the creditor.<br>   X  I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)<br>      I am the trustee, or the debtor.<br>      I am a guarantor, surety, endorser, or other codebtor.<br><br>   By:   /s/ John Shelley                    Date:  02/10/2023<br>         Authorized Filing Agent for PHH Mortgage Services |||

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO.: 17-21704 |
| Kevin G. Mickens | CHAPTER: 13 |

**Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 13, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*  *By U.S. Postal Service First Class Mail Postage Prepaid:*

Kevin G. Mickens
219 North Winebiddle Street
Pittsburgh, PA 15224

*Debtor's Attorney:*  *By CM / ECF Filing:*

Albert G. Reese, Jr.
Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235

*Trustee:*  *By CM / ECF Filing:*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

/s/ John Shelley

InfoEx, LLC
(as authorized agent for PHH Mortgage Services)