**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/30/2023

IN RE:

KEVIN G. MICKENS
219 NORTH WINEBIDDLE STREET
PITTSBURGH, PA 15224
XXX-XX-0569          Debtor(s)

Case No. 17-21704 CMB

Chapter 13

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/30/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **LOGS LEGAL GROUP LLP**<br>3600 HORIZON DR STE 150<br><br>KING OF PRUSSIA, PA  19406 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PHH MORT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PHH MORTGAGE (*)**<br>PO BOX 24781<br>ATTN: SV 19<br><br>WEST PALM BEACH, FL  33416 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM:  6,571.85<br>COMMENT:  LOAN MOD @ 35 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  5606 |
| **LOGS LEGAL GROUP LLP FORMERLY SHAPIRO**<br>3600 HORIZON DR STE 150<br><br>KING OF PRUSSIA, PA  19406 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **COURT OF COMMON PLEAS - ALLEGHENY COU**<br>FIFTH JUDICIAL DISTRICT OF PA<br>440 ROSS ST 5TH FL ADMIN WING<br><br>PITTSBURGH, PA  15219-2117 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  OUTSIDE/PL*SEE ATTACHED*DK! | CRED DESC:  SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.:  7521 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number: 4-2<br><br>CLAIM:  6,963.85<br>COMMENT:  $@0%/CL-PL*AMD | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  0569 |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ  85062-8367 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~LEASE~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0792 |
| **ASPIRE RESOURCES INC**<br>6775 VISTA DR<br><br>WEST DES MOINES, IA  50266 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~DEPT OF ED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0002 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number: 9<br><br>CLAIM:  501.18<br>COMMENT:  0000/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  -569 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **KSA SERVICING++**<br>POB 90759<br><br>RALEIGH, NC  27675 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8301 |
| **KSA SERVICING++**<br>POB 90759<br><br>RALEIGH, NC  27675 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8301 |
| **US DEPARTMENT OF EDUCATION/MOHELA**<br>PO BOX 790233<br><br>ST LOUIS, MO  63179 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  174,362.57<br>COMMENT:  0002/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0569 |
| **MORTGAGE SERVICE CENTER**<br>PO BOX 5452<br><br>MOUNT LAUREL, NJ  08054 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5606 |
| **NOVAK BERKOWITZ AND ROSENBURG**<br>532 S AIKEN AVE STE 520<br><br>PITTSBURGH, PA  15232 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6AAA |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  664.04<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6631 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 16358<br>ST PAUL, MN  55116 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5474 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 16358<br>ST PAUL, MN  55116 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5691 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 16358<br>ST PAUL, MN  55116 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5374 |
| **VERIZON++**<br>500 TECHNOLOGY DR STE 30<br><br>WELDON SPRING, MO  63304 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~FIOS/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0127 |

| Creditor | Claim Info | Description |
|---|---|---|
| **MICHAEL EVANS**<br>219 N WINEBIDDLE ST<br><br>PITTSBURGH, PA 15224 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PHH MORTGAGE (*)**<br>PO BOX 24781<br>ATTN: SV 19<br><br>WEST PALM BEACH, FL 33416 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 0.00<br>COMMENT: CL $16,152.20*LOAN MOD @ 35 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5606 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 563.33<br>COMMENT: $@0%/CL-PL*NT/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0569 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 27.97<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0569 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:4-2<br><br>CLAIM: 1,810.49<br>COMMENT: NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0569 |
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CITY AND SD OF PGH/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PGH WTR AND SWR/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CITY AND SCHOOL DISTRICT OF PITTSBURGH (**<br>C/O JORDAN TAX SERVICE INC - DLNQ YRS<br>102 RAHWAY RD<br><br>MCMURRAY, PA 15317 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 1,725.68<br>COMMENT: $@0%/CL-PL*2011 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:6-2<br><br>CLAIM: 0.00<br>COMMENT: 50K158;THRU 4/25/17*NT/SCH-PL*WNTS 10%*AMD CL=0 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: K159 |
| **PHH MORTGAGE (*)**<br>PO BOX 24781<br>ATTN: SV 19<br><br>WEST PALM BEACH, FL 33416 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 0.00<br>COMMENT: DISALLOWED/OE*NT/PL*950/NTC-POSTPET FEE/EXP~WAIVED*REF CL*W/22 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 5606 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  310.00<br>COMMENT:  FEES/OE | CRED DESC:  FILING FEES<br>ACCOUNT NO.:  17-21704-CMB |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  109.60<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0569 |
| **PHH MORTGAGE (*)**<br>PO BOX 24781<br>ATTN: SV 19<br><br>WEST PALM BEACH, FL  33416 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  12,098.55<br>COMMENT:  LOAN MOD @ 35 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  5606 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PNC BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>C/O PHH MORTGAGE (*)<br>PO BOX 24781<br>ATTN: SV 19<br>WEST PALM BEACH, FL  33416 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:2-2<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*LN MOD BGN 9/19*DKT4PMT-LMT*AMD | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  5606 |
| **MARIO HANYON ESQ**<br>BROCK & SCOTT PLLC<br>302 FELLOWSHIP RD STE 130<br><br>MT LAUREL, NJ  08054 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PHH MORT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |