# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 17-21704-CMB |
| | ) | |
| Kevin G. Mickens | ) | Chapter 13 |
|    Debtor | ) | |
| | ) | Doc. No.: |
| Kevin G. Mickens | ) | |
|    Movant | ) | Claim No.: 2 |
| | ) | |
| v. | ) | |
| | ) | |
| PNC Bank, National Association and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|    Respondent | ) | |

## DECLARATION

I, Albert G. Reese Jr., Esquire, attorney for the above-referenced Debtor, hereby submit this formal written Declaration that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt for the following reason:

Pursuant to PNC Bank, National Association's Notice of Mortgage Payment Change dated May 10, 2023, the Debtor's current escrow payment for account number ending in **5606** is **$465.76**. The new escrow payment is **$491.71**. The new total mortgage payment is **$898.74** effective June 1, 2023. The Debtor will make the escrow shortage of **$25.95** in addition to his regular monthly Chapter 13 plan payment.

Dated: **May 31, 2023**

Respectfully submitted by:
**/s/ Kevin G. Mickens**
Kevin G. Mickens

Dated: **May 31, 2023**

Respectfully submitted by:
**/s/ Albert G. Reese, Jr., Esquire**
Albert G. Reese, Jr., Esquire
Attorney for Debtor
PA ID #93813
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
(412) 241-1697
(412) 241-1687(fax)
areese8897@aol.com