# PROCEEDING MEMO

**Date:** 06/04/2024 01:30 pm

**In re:** Kevin G. Mickens

**Bankruptcy No.** 17-21704-CMB
**Chapter:** 13
**Doc. #187**

**Appearances:** Owen Katz, Albert G. Reese, Jr.

**Nature of Proceeding:** #187 Trustee's Motion to Dismiss

**Outcome:** Hearing held. Matter continued to July 11, 2024, at 1:30 PM. Debtor made a $2,800 payment on May 28 that is pending. Matter is continued to allow time for payment to post.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
6/4/24 4:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21704-CMB |
| Kevin G. Mickens | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 04, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin G. Mickens, 219 North Winebiddle Street, Pittsburgh, PA 15224-2461 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 06, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Kevin G. Mickens areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Christopher A. DeNardo | on behalf of Creditor PHH Mortgage Corporation as servicer for PNC Bank National Association logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor PHH MORTGAGE CORPORATION logsecf@logs.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 04, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Kevin Scott Frankel
    on behalf of Creditor PHH Mortgage Corporation as servicer for PNC Bank  National Association pabk@logs.com, logsecf@logs.com

Mario J. Hanyon
    on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 13