**Fill in this information to identify the case:**

Debtor 1    KEVIN G MICKENS
Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania
Case number 17-21704-CMB

Official Form 410S1
**Notice of Mortgage Payment Change**    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PHH Mortgage Corporation

**Court claim no**. (if known): 2

**Last four digits** of any number you use to identify the debtor's account: 5606

**Date of payment change:** 06/01/2021
Must be at least 21 days after date of this notice

**New total payment:** $861.17
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ 453.69    **New escrow payment:** $ 454.14

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** _____%    **New interest rate:** _____%

**Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ ____    **New mortgage payment:** $ _____

Debtor1  KEVIN G MICKENS     Case number *(if known)* 17-21704-CMB
First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ */s/ Mario Hanyon*     Date  04/21/2021
Signature

**Print:  Mario Hanyon (203993)**     Title  Attorney
First Name   Middle Name   Last Name

Company   Brock & Scott, PLLC

Address   302 Fellowship Road, Ste 130
Number   Street

Mount Laurel, NJ 08054
City   State   ZIP Code

Contact phone  844-856-6646 x4560     Email  pabkr@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>KEVIN G MICKENS<br><br>PHH Mortgage Corporation,<br> Movant<br><br><br><br>vs.<br><br>KEVIN G MICKENS,<br> Debtor,<br><br><br>Ronda J Winnecour<br> Respondent | Case No. 17-21704-CMB<br>Chapter 13<br><br>Hearing Date: TBD<br><br>Hearing Time: TBD<br><br>Objection Date: TBD |

## CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

 I certify under penalty of perjury that on <u>April 21, 2021</u>, I served or caused to be served the Notice of Mortgage Payment Change on the parties at the addresses shown below or on the attached list.

 The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice</u>:

| | |
|---|---|
| Albert G. Reese, Esq.<br>Law Office of Albert G. Reese, Jr.<br>640 Rodi Road, 2nd Floor, Suite 2<br>Pittsburgh, PA 15235<br>*Counsel for Debtor* | Ronda J Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>*Chapter 13 Trustee* |

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*US Trustee*

Via First Class Mail:

| | |
|---|---|
| KEVIN G MICKENS | Ronda J Winnecour |
| 219 NORTH WINEBIDDLE STREET | Suite 3250, USX Tower |
| PITTSBURGH, PA 15224 | 600 Grant Street |
| *Debtor* | Pittsburgh, PA 15219 |
| | *Chapter 13 Trustee* |

   If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: April 21, 2021

             */s/ Mario Hanyon*
             Mario Hanyon
             (Bar No. 203993)
             Attorney for Creditor
             BROCK & SCOTT, PLLC
             302 Fellowship Road, Ste 130
             Mount Laurel, NJ 08054
             Telephone:  844-856-6646 x4560
             Facsimile:  704-369-0760
             E-Mail:  pabkr@brockandscott.com

**PAWB Local Form 7 (07/13)**

PNCBANK                        PHH Mortgage Services                          PHH MORTGAGE
                               P.O. Box 5452
                               Mt. Laurel, NJ 08054-5452

## Your annual escrow statement
March 22, 2021

Loan number ████████

**Questions?**

**Visit us at**
www.MortgageQuestions.com
**Call toll free** 1-800-996-9584
**Fax** 1-856-917-8003

KEVIN G MICKENS
219 NORTH WINEBIDDLE STREET
PITTSBURGH, PA 15224

**Why am I getting this statement?**

In accordance with federal guidelines your escrow account is reviewed at least one time per year; however, certain circumstances may require an additional review. This statement is a result of that review known as an escrow analysis statement, which determines if sufficient funds are available to pay your taxes and/or insurance. This statement is a projection of your escrow account and may also include a history of the escrow activity on your loan since the time you last received an escrow analysis statement. The enclosed update follows notice of the account's involvement in a bankruptcy petition, filed on April 25, 2017 under chapter 13 of the Bankruptcy Code. This statement should be reviewed carefully. The mortgage payment may be affected. Please contact us at the number above if this account is not part of a Chapter 13 proceeding or plan. If this account has filed for any other Bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case, or received any other discharge under the U.S. Bankruptcy Code that applied to the referenced property, please be advised that this Notice is for information purposes only and not intended as an attempt to collect a debt against you personally.

**What does this mean to me?**

Because your escrow account is projected to have less money than is needed, there is a shortage of **$1,895.18.**

The monthly shortage for the next 60 months is **$31.59** and will automatically be added to your monthly payment beginning **June 2021.** Your new monthly payment for **June 2021** will be **$861.17.**

**What is a shortage?**

A shortage is the difference between the **anticipated** escrow balance and the **required** escrow balance at the beginning of the analysis cycle. A shortage typically results from changes in taxes and/or insurance. Please refer to the enclosed FAQ for additional information.

| | |
|---|---:|
| **Anticipated** escrow account balance (as of May 31, 2021): | -$ 670.70 |
| Escrow adjusted per Proof of Claim* | $43.14 |
| **Required** escrow account balance (as of May 31, 2021 ): | $1,267.62 |
| **Difference resulting in an escrow account shortage:** | **$1,895.18** |

*This amount reflects the adjustment made for the Bankruptcy Proof of Claim:

See reverse ➔

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

Page 1 of 3

**What is my new monthly payment?**

**The following table reflects your current monthly payment and new monthly payment:**

|  | Current Payment | New Payment with Shortage |
|---|---|---|
| Principal & Interest | $407.03 | $407.03 |
| Escrow Deposit | $453.69 | $422.55 |
| Escrow Shortage |  | $31.59 |
| **Total Payment** | **$860.72** | **$861.17** |

*If your payment is issued by a third party, or if you make payments through a bill pay service, then please make sure your new total monthly payment amount is updated with your service provider.*

**Payment Change Breakdown**

Below are the escrow items we anticipate collecting for and paying on your behalf over the next 12 months. To calculate your new monthly escrow payment of $422.55, we added up the actual or estimated tax and insurance payments for the next 12 months beginning with the June 2021 payment and divided the total by 12. Included for the comparison are the Annual Payments we projected to pay during the **last analysis cycle**, as displayed in detail in the history portion of the escrow analysis statement.

| Description | Current Annual Payment | Projected Annual Payment |
|---|---|---|
| Taxes | $3,440.36 | $3,516.71 |
| Insurance | $1,553.86 | $1,553.86 |
| **TOTAL** | **$4,994.22** | **$5,070.57** |

**Prior Year Account History and Coming Year Projections**

**This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure and projects payments, disbursements and balances for the coming year.** The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter "E" beside an amount indicates that all or a portion of a payment or disbursement on that row has not yet occurred but is estimated to occur as shown. An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or date.

Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year. Under Federal Law (RESPA) the lowest monthly balance in your escrow account should be no less than $845.10 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise.

Your projected anticipated lowest account balance of $1,093.22- will be reached in April 2022. When subtracted from your minimum required balance of $845.10, an Escrow Shortage results in the amount of $1,895.18. These amounts are indicated with **LP**. You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If you have any questions about this statement, please call our Customer Service Department toll free at **1-800-996-9584**.

**PNC BANK**

PHH Mortgage Services
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

**PHH MORTGAGE**

## Your annual escrow statement (continued)
March 22, 2021

KEVIN G MICKENS
219 NORTH WINEBIDDLE STREET
PITTSBURGH, PA 15224

Loan number: [redacted]

**Questions?**

Visit us at
www.MortgageQuestions.com
Call toll free 1-800-996-9584
**Fax** 1-856-917-8003

### Escrow account projections for the coming year

| Date | Description | Anticipated amounts paid into your escrow account ($) | Anticipated amounts paid out of your escrow account ($) | Anticipated escrow account balance ($) | Required escrow account balance ($) |
|---|---|---|---|---|---|
| | Opening balance | | | - 670.70 | 1,267.62 |
| Jun 2021 | | 422.55 | | -248.15 | 1,690.17 |
| Jul 2021 | | 422.55 | | 174.40 | 2,112.72 |
| Aug 2021 | | 422.55 | | 596.95 | 2,535.27 |
| Sep 2021 | | 422.55 | | 1,019.50 | 2,957.82 |
| Oct 2021 | | 422.55 | | 1,442.05 | 3,380.37 |
| Nov 2021 | | 422.55 | | 1,864.60 | 3,802.92 |
| Dec 2021 | | 422.55 | | 2,287.15 | 4,225.47 |
| Jan 2022 | CITY/TWN TAX | 422.55 | 2,808.89 | -99.19 | 1,839.13 |
| Feb 2022 | | 422.55 | | 323.36 | 2,261.68 |
| Mar 2022 | COUNTY TAX | 422.55 | 707.82 | 38.09 | 1,976.41 |
| Apr 2022 | HAZARD INS. | 422.55 | 1,553.86 | -1,093.22 | 845.10 **LP** |
| May 2022 | | 422.55 | | -670.67 | 1,267.65 |
| **Total** | | **$5,070.60** | **$5,070.57** | | |

**LP** - indicates your required escrow lowest balance

### Prior year account History

| Date | Description | Amounts paid into your escrow account Anticipated ($) | Actual ($) | Amounts paid out of your escrow account Anticipated ($) | Actual ($) | Escrow account balance Anticipated ($) | Actual ($) |
|---|---|---|---|---|---|---|---|
| | Opening balance | | | | | 1,248.51 | -590.72 |
| Jun 2020 | | 416.19 | 907.38* | | | 1,664.70 | 316.66 |
| Jul 2020 | | 416.19 | 453.69* | | | 2,080.89 | 770.35 |
| Aug 2020 | | 416.19 | 907.38* | | | 2,497.08 | 1,677.73 |
| Sep 2020 | | 416.19 | * | | | 2,913.27 | 1,677.73 |
| Oct 2020 | | 416.19 | 453.69* | | | 3,329.46 | 2,131.42 |
| Nov 2020 | | 416.19 | 453.69* | | | 3,745.65 | 2,585.11 |
| Dec 2020 | | 416.19 | 907.38* | | | 4,161.84 | 3,492.49 |
| Jan 2021 | CITY/TWN TAX | 416.19 | 453.69* | 2,732.54 | * | 1,845.49 | 3,946.18 |
| Feb 2021 | COUNTY TAX | 416.19 | 453.69* | | 707.82* | 2,261.68 | 3,692.05 |
| Feb 2021 | CITY/TWN TAX | | | | 2,808.89* | 2,261.68 | 883.16 |
| Mar 2021 | COUNTY TAX | 416.19 | * | 707.82 | * | 1,970.05 | 883.16 |
| Apr 2021 | HAZARD INS. | 416.19 | E | 1,553.86 | 1,553.86E | 832.38 | -670.70 |
| May 2021 | | 416.19 | * | | | 1,248.57 | -670.70 |
| **Total** | | **4,994.28** | **4,990.59** | **4,994.22** | **5,070.57** | | |